UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN FIESELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 17-CV-366-F |
| | ) |
| PROGRESSIVE DIRECT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiff, John Fieseler, and Defendant, Progressive Direct Insurance Company, pursuant to FED. R. CIV. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 9th day of June 2017.

Respectfully submitted,

s/Jeff Laird
*(Signed by filing Attorney with Permission of Attorney)*
Jeff Laird, OBA No. 5168
LAIRD, HAMMONS, LAIRD, P.L.L.C.
1332 S.W. 89th Street
Oklahoma City, Oklahoma 73159
Telephone:   405-703-4567
Facsimile:   405-703-4061
Email:   jeff@lhllaw.com
**ATTORNEYS FOR PLAINTIFF**

        s/ Brad L. Roberson
Brad L. Roberson, OBA No. 18819
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER
 & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
**ATTORNEYS FOR DEFENDANT**